Opinion issued July 14, 2026



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-01025-CV

———————————

**NEXGEN ENERGY PROPERTIES, INC., Appellant**

**V.**

**JESSICA DOWELL, Appellee**

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2023-60602

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss this appeal because the parties have settled their differences. Because no certificate of conference was included in this motion, the Court held the motion for 10 days to permit appellee to respond or oppose the motion. No response was filed.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.